IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD JANNARONE and SUSAN JANNARONE,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE, GSK BIOLOGICALS NA, and GLAXOSMITHKLINE PHARMACEUTICALS RESEARCH AND DEVELOPMENT<br><br>Defendants. | Civil Action No. _____ |

## DISCLOSURE STATEMENT OF DEFENDANT GLAXOSMITHKLINE LLC

Pursuant to Fed. R. Civ. P. 7.1, Defendant GlaxoSmithKline LLC, formerly SmithKline Beecham Corporation d/b/a GlaxoSmithKline, states that is owned, through several levels of wholly owned subsidiaries, by GlaxoSmithKline plc, a publicly traded limited company organized under the laws of England. To the knowledge of GlaxoSmithKline LLC, none of the shareholders of GlaxoSmithKline plc owns beneficially ten percent or more of its outstanding shares. However, the Bank of New York Mellon ("BNYM") serves as the Depositary for the company's American Depositary Shares ("ADSs") listed on the New York Stock Exchange, each representing two Ordinary Shares in GlaxoSmithKline plc. In that capacity, BNYM is the holder of more than ten percent of the outstanding shares in GlaxoSmithKline plc.

Dated: December 6, 2012

Respectfully submitted,

*[signature]*

Sean. P. Wajert (PA Bar No. 41614)
SHOOK, HARDY & BACON L.L.P.
1650 Market Street
One Liberty Place, Suite 3030
Philadelphia, PA  19103
swajert@shb.com
Tel:  215-278-2555
Fax:  215-278-2594

*Attorneys for Defendant GlaxoSmithKline LLC*

*Of Counsel:*

Glenn J. Pogust
glenn.pogust@kayescholer.com
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Tel:  212-836-8000
Fax:  212-836-6501
[To appear *pro hac vice* with the Court's admission]

## CERTIFICATE OF SERVICE

I hereby certify that, on December 6, 2012, a true and correct copy of the foregoing was served upon counsel listed below via CM/ECF and/or U.S. Mail, postage prepaid:

Michael S. Katz, Esq.
LOPEZ MCHUGH, LLP
1123 Admiral Peary Way, Quarters K
Philadelphia, PA 19112

Mark T. Sadaka, MSPH, Esq.
LAW OFFICES OF SADAKA ASSOCIATES, LLC
20 North Van Brunt Street, Suite 4
Englewood, NJ 07631

*Attorneys for Plaintiffs*

_____
Sean. P. Wajert