IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD JANNARONE and SUSAN JANNARONE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE, GSK BIOLOGICALS NA, and GLAXOSMITHKLINE PHARMACEUTICALS RESEARCH AND DEVELOPMENT<br><br>　　　　Defendants. | Civil Action No. 2:12-cv-06818-PD |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Richard Jannarone and Susan Jannarone and Defendant GlaxoSmithKline LLC, formerly SmithKline Beecham Corporation d/b/a GlaxoSmithKline, jointly stipulate to the dismissal without prejudice of all of Plaintiffs' claims against all defendants in the above-captioned action. The parties shall bear their own costs. The parties further stipulate that, in the event that Plaintiffs re-file their claim against GlaxoSmithKline LLC, the case will be filed in the United States District Court for the Eastern District of Pennsylvania. This joint stipulation has been signed by counsel for all parties who have appeared in the action.

Dated: April 29, 2013

*/s/ Michael S. Katz*

Michael S. Katz, Esq. (PA Bar No. 76119)
LOPEZ MCHUGH, LLP
1123 Admiral Peary Way, Quarters K
Philadelphia, PA 19112
Tel: 215-952-6910
Fax: 215-952-6914
mkatz@lopezmchugh.com

Mark T. Sadaka, MSPH, Esq.
LAW OFFICES OF SADAKA
ASSOCIATES, LLC
20 North Van Brunt Street, Suite 4
Englewood, NJ 07631
Tel: 201-266-5670
Fax: 201-266-5671
mark@sadakafirm.com

*Attorneys for Plaintiffs*

*/s/ Sean P. Wajert*

Sean P. Wajert (PA Bar No. 41614)
SHOOK, HARDY & BACON L.L.P.
1650 Market Street
One Liberty Place, Suite 3030
Philadelphia, PA  19103
swajert@shb.com
Tel:  215-278-2555
Fax:  215-278-2594

Madeleine M. McDonough
*admitted pro hac vice*
Steven M. Thomas
*admitted pro hac vice*
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816-474-6550
Fax: 816-421-5547

*Attorneys for Defendant GlaxoSmithKline LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on ~~April~~ May 3 2013, a true and correct copy of the foregoing was served upon counsel listed below via CM/ECF and/or U.S. Mail, postage prepaid:

Sean P. Wajert (PA Bar No. 41614)
SHOOK, HARDY & BACON L.L.P.
1650 Market Street
One Liberty Place, Suite 3030
Philadelphia, PA 19103
swajert@shb.com
Tel: 215-278-2555
Fax: 215-278-2594

Madeleine M. McDonough
*admitted pro hac vice*
Steven M. Thomas
*admitted pro hac vice*
2555 Grand Blvd.
Kansas City, MO 64108
Tel: 816-474-6550
Fax: 816-421-5547

*Attorneys for Defendant GlaxoSmithKline LLC*

Attorney for Plaintiffs